1  JONATHAN O. PENA, ESQ.
2  CA Bar ID No. 278044
3  Peña & Bromberg, PLC
4  2440 Tulare St., Suite 320
   Fresno, CA  93721
5  Telephone: 559-412-5390
6  Fax: 866-282-6709
7  info@jonathanpena.com
   Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lauren Lindsay Knight,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:21-CV-00672-GSA<br><br>STIPULATION AND  ORDER FOR EXTENSION OF TIME |

　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 7-day extension of time, from  October 26, 2022 to November 2, 2022, for Plaintiff to  file the PLAINTIFF'S STIPULATION FOR EAJA FEE .

　　This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary so that counsel has more time to negotiate the attorney fee with the defense. Defendant does not oppose the

1

requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: October 26, 2022      PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff

Dated: October 26, 2022      PHILLIP A. TALBERT
                             United States Attorney
                             MATHEW W. PILE
                             Associate General Counsel
                             Office of Program Litigation
                             Social Security Administration

By:  *\*/s/ Elizabeth Kathleen Yates Landgraf*
     Elizabeth Kathleen Yates Landgraf
     Special Assistant United States Attorney
     Attorneys for Defendant
     (*As authorized by email on October 26, 2022)

**ORDER**

Pursuant to stipulation,
IT IS SO ORDERED.

Dated:  **November 2, 2022**              /s/ Gary S. Austin
                                       UNITED STATES MAGISTRATE JUDGE